UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

JERRY ALBEA,  
CAROLYN ALBEA,  

    Plaintiffs,

vs.

PATROLMAN RHONDA BONDS, ET AL.,  

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NO: 15-1287-STA-egb

---

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Stipulation of Dismissal with Prejudice entered on March 8, 2018, this cause is hereby dismissed with prejudice.

    APPROVED:

s/ S. Thomas Anderson  
**CHIEF JUDGE UNITED STATES DISTRICT COURT**

DATE: 3/8/2018

THOMAS M. GOULD  
Clerk of Court

s/Maurice B. BRYSON  
(By) Deputy Clerk